UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

GENWORTH LIFE & ANNUITY INSURANCE   CIVIL ACTION NO. 23-cv-158
CO ET AL

VERSUS                                                                              MAGISTRATE JUDGE HORNSBY

GENE MILTON BAGLEY JR ET AL

**J U D G M E N T**

For the reasons stated in the memorandum ruling issued this date, the claims of Gary Lee Bagley asserted in this interpleader action are denied. Judgment is entered in favor of Gene Milton Bagley, Jr., in his capacity as the executor of the succession of Karen Bagley, which succession was filed as case no. P-21414 in the 26th Judicial District Court, Bossier Parish, Louisiana, entitling the executor to the $180,000 deposited in the registry of this court and all future lump sum payments due under the terms of annuity number K0460301 issued by United Pacific Life Insurance Company to George Bagley as annuitant and payee.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 16th day of November, 2023.

_____
Mark L. Hornsby
U.S. Magistrate Judge