UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| GENWORTH LIFE INSURANCE COMPANY AND GENWORTH ANNUITY SERVICE CORP. | * | CIVIL ACTION NO. 5:23-cv-158 |
| | * | |
| VERSUS | * | JUDGE JOSEPH |
| GARY LEE BAGLEY AND ROBERT I. THOMPSON, III in his capacity as the Executor of the Succession of Karen Stewart Bagley | * | MAG. JUDGE HORNSBY |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AND
<u>ORDER OF INTERPLEADER DISBURSEMENT</u>**

NOW INTO COURT:

Through undersigned counsel come plaintiffs, Genworth Life Insurance Company ("GLIC") and Genworth Annuity Service Corp. ("GASC"), and defendants, Gary Lee Bagley ("Bagley") and Robert I. Thompson, III, in his capacity as Executor of the Succession of Karen Stewart Bagley ("Executor"), and jointly move that the Court render the attached Final Judgment and Order of Interpleader Disbursement, which will terminate this case and provide for distribution of the interpleaded registry funds, based on the following facts:

1. On February 6, 2023, GLIC and GASC initiated this interpleader and declaratory judgment action concerning two adverse claims to guaranteed lump sum payments under an annuity contract: a $180,000 payment which was due on January 1, 2023 and a $300,000 payment due January 1, 2028.

1

2. GLIC deposited the $180,000 payment into the registry of this Court.

3. On December 18, 2023, judgment was entered in favor of Robert I. Thompson, III, in his capacity as executor of the Succession of Karen Stewart Bagley, which succession was filed as case no. P-21414 in the 26th Judicial District Court, Bossier Parish, Louisiana, entitling the executor to the $180,000 deposited in the registry of this court, less the reasonable attorney's fees and costs incurred by Plaintiffs in commencing and prosecuting this interpleader action, and to all future lump sum payments due under the terms of annuity number K0460301 issued by United Pacific Life Insurance Company to George Bagley as annuitant and payee.

4. On January 25, 2024, the Court granted GLIC's Motion for Attorney Fees and awarded to GLIC its fees and costs on the amount of $8,888.25 payable from the funds on deposit in the Court registry.

5. Pursuant to the Judgment of December 18, 2023, and the Memorandum Order dated January 25, 2024, the parties move now that the funds on deposit in the Court registry, plus accumulated interest, if any, should be disbursed to the following persons, as payees for the respective parties, at the following addresses, and in the following amounts:

    a) Genworth Life Insurance Company (Payee)
       c/o Jennifer Lawrence (Attorney for GLIC)
       Lawrence Legal, LLC
       141 Allen Toussaint Blvd. No. 135
       New Orleans, LA 70124

       Eight Thousand Eight Hundred Eighty-Eight Dollars and Twenty-Five Cents ($8,888.25);

    b) Robert I. Thompson, III, as Executor of the Succession of
       Karen Stewart Bagley (Payee)
       c/o Walter F. Johnson, III (attorney for Robert I. Thompson, III, as Executor of the Succession of Karen Stewart Bagley)
       425 Ashley Ridge Blvd., Ste 116

    Shreveport, LA 71106

    One Hundred Seventy-One Thousand One Hundred Eleven Dollars and Seventy-Five Cents ($171,111.75), plus all accumulated interest, less any assessed fee for administration of the funds.

The tax identification number of the recipients has been provided to the Court or will be provided to the finance department upon request.

PRAYER FOR RELIEF

  WHEREFORE, pursuant to this Joint Motion for Entry of Final Judgment and Order of Interpleader Disbursement, the movants request that the Court order disbursement of the registry funds as set out above and as directed in the Final Judgment and Order of Interpleader Disbursement, and dismiss all the pending claims with prejudice, with each party being responsible for its own costs except as otherwise provided herein.

        Respectfully submitted,

        **LAWRENCE LEGAL, LLC**


        **/s/_Jennifer M. Lawrence**_____
        **Jennifer M. Lawrence, T.A. (#23829)**
        141 Allen Toussaint Blvd. No. 135
        New Orleans, LA 70124
        Telephone: (504)322-7117
        Fax: (504) 208-3351
        **jennifer@lawrencelegalllc.com**

        **Attorneys for GLIC and GASC**

        **/s/_Wayne E. Webb**_____
        **Wayne E. Webb, T.A. (#14486)**
        2533 Bert Kouns, Ste. 123
        Shreveport, Louisiana 71118
        Telephone: 318-686-0481
        Facsimile: 318-686-0482
        Email: wwebb_atty@gmail.com

        **Attorney for GARY LEE BAGLEY**

**WALTER F. JOHNSON, III A PROFESSIONAL LAW CORPORATION**

**/s/_Walter F. Johnson, III**_____
**Walter F. Johnson, III, T.A. (#07333)**
425 Ashley Ridge Blvd., Ste 116
Shreveport, LA 71106
Telephone: (318) 861-9000
Email: Wfjohnson3@comcast.net

**Attorney for Robert I. Thompson, III, Executor of Succession of Karen Stewart Bagley**

4