UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| GENWORTH LIFE<br>INSURANCE COMPANY AND<br>GENWORTH ANNUITY SERVICE CORP. | * | CIVIL ACTION NO. 5:23-cv-158 |
| | * | |
| VERSUS | * | JUDGE JOSEPH |
| GARY LEE BAGLEY AND ROBERT I.<br>THOMPSON, III | * | MAG. JUDGE HORNSBY |
| in his capacity as the Executor<br>of the Succession of Karen Stewart Bagley | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT**

On the Joint Motion for Entry of Final Judgment and Order of Interpleader Disbursement filed by all parties to this matter, the Court finds, adjudges, and orders as follows:

IT IS ORDERED that, from the funds on deposit in the Court registry, Genworth Life Insurance Company is entitled to and the Clerk shall disburse to it Eight Thousand Eight Hundred Eighty-Eight Dollars and Twenty-Five Cents ($8,888.25), payable to: "Genworth Life Insurance Company" and mailed to: Lawrence Legal, LLC, 141 Allen Toussaint Blvd. No. 135, New Orleans, LA 70124.

IT IS FURTHER ORDERED that from the funds on deposit in the Court registry, Robert I. Thompson, III, as Executor of the Succession of Karen Stewart Bagley, is entitled to and the Clerk shall disburse to him One Hundred Seventy-One Thousand One Hundred Eleven Dollars

and Seventy-Five Cents ($171,111.75), plus all accrued interest on the entirety of the funds deposited, less any assessed fee for the administration of the Funds, payable to: "Robert I. Thompson, III, as Executor of the Succession of Karen Stewart Bagley" and mailed to: Walter F. Johnson, III, 425 Ashley Ridge Blvd, Ste 116, Shreveport, LA 71106.

IT IS FURTHER ORDERED that this matter is hereby dismissed with prejudice.

Shreveport, Louisiana this __29th__ day of __February__, 2024.

_____
UNITED STATES MAGISTRATE JUDGE